UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 SEP 12  AM 9:39

CLERK _____
SO. DIST. OF GA.

Teri Lynn Hinkle )
    Plaintiff )
 )
 ) Case No: CV 311-059
vs )
 )
NCO FINANCIAL )
    Defendant )
 )

## MOTION FOR ORDER OF DISMISSAL

    Teri Lynn Hinkle, Plaintiff having reached an amicable settlement agreement with the Defendant, **NCO FINANCIAL**, on September 9, 2011. IT IS HEREBY Requested by the Plaintiff, Teri Lynn Hinkle, that a **Motion of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court. Each party bearing their own costs.

**Respectfully Submitted on September 9, 2011**

*[signature]*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023
478-374-4132

# CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: September 9, 2011

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

NCO FINANCIAL SYSTEMS, INC.
507 Prudential Road
Horsham, PA
19044

Allison L. Cannizaro, Attorney
Sessions, Fishman, Nathan & Israel, L.L.C.
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002-7227

Huckle
322 Bethel St.
Eastman, GA
31023




U.S. POSTAGE
PAID
EASTMAN, GA
31023
SEP 09, 11
AMOUNT
$0.88
00030247-03

Clerk U.S. District Court
P.O. Box 1130
Augusta, Georgia
30903